IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-0076 GEB |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
|  | ) | **APPOINTING COUNSEL** |
| vs. | ) |  |
| JOSE MAURICIO SOTO-GUZMAN, | ) |  |
| Defendant. | ) |  |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326

CJA Panel attorney Clemente Jimenez is hereby appointed effective December 20, 2013, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  12/23/2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL          1