BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE MAURICIO SOTO-GUZMAN,<br>  aka Jose M. Soto-Guzman,<br><br>    Defendant. | CASE NO.  2:13-CR-0076 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 7, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 7, 2014.

2. By this stipulation, defendant now moves to continue the status conference until March 14, 2014, and to exclude time between February 7, 2014, and March 14, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On or about January 15, 2014, Jesse Santana, Esq. sought to be substituted into this case as counsel for the defendant, and was ultimately substituted in as the defendant's counsel. Mr. Santana completed one trial during the week of January 13, 2014, and expects to be in trial starting the week of January 27, 2014.

    b) The government has represented that the discovery associated with this case

1  includes 80 pages of documents, predominantly from the defendant's A-file or immigration file.
2  All of this discovery was produced directly to defendant's prior counsel and/or made available
3  for inspection and copying.
4      c)   Counsel for defendant desires additional time to review the discovery, conduct
5  investigation and research into immigration proceedings raised in the discovery, to discuss
6  potential resolution of this case in light of the discovery, and to otherwise prepare for trial.
7      d)   Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.
10     e)   The government does not object to the continuance.
11     f)   Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.
14     g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of February 7, 2014 to March 14,
16 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4] because it results from a continuance granted by the Court at defendant's request on the basis
18 of the Court's finding that the ends of justice served by taking such action outweigh the best
19 interest of the public and the defendant in a speedy trial.

20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 22, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated:  January 22, 2014

/s/ Nirav K. Desai for Jesse Santana, as authorized on January 21, 2014
JESSE SANTANA, ESQ.
Counsel for Defendant

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 23, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3