BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0076 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE MAURICIO SOTO-GUZMAN, aka Jose M. Soto-Guzman, | DATE: March 14, 2014 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 14, 2014.

2. By this stipulation, defendant now moves to continue the status conference until April 25, 2014, and to exclude time between March 14, 2014, and April 25, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On or about January 15, 2014, Jesse Santana, Esq. sought to be substituted into this case as counsel for the defendant, and was ultimately substituted in as the defendant's counsel. In recent weeks, Mr. Santana reports an impacted trial schedule.

   b) The government has represented that the discovery associated with this case includes 80 pages of documents, predominantly from the defendant's A-file or immigration file.

All of this discovery was produced directly to defendant's prior counsel and/or made available for inspection and copying.

    c)    On March 6, 2014, in light of Mr. Santana's recent trial schedule, the government extended the deadline for acceptance of a plea offer under the U.S. Department of Justice's "Fast-Track Immigration Prosecution Program" to April 7, 2014.

    d)    Counsel for defendant desires additional time to review the discovery with his client, conduct investigation and research into immigration proceedings raised in the discovery, to discuss potential resolution of this case in light of the discovery, and to otherwise prepare for trial.

    e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)    The government does not object to the continuance.

    g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2014 to April 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 6, 2014                             BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ NIRAV K. DESAI
                                                  NIRAV K. DESAI
                                                  Assistant United States Attorney


Dated:  March 6, 2014                             /s/ Nirav K. Desai for Jesse Santana, as authorized on March 6, 2014
                                                  JESSE SANTANA, ESQ.
                                                  Counsel for Defendant


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 12, 2014


                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3